Opinion issued October 10, 2002









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-97-01142-CV

____________


KAMEL BOUSTANY, MICHAEL K. SHANNON, 

WILLIAM W. LANDHOLT, JOHNNY DUNLAP, GUILLERMO E.
PAREJA, BRUCE R. BRANDT, MIKE BEGIN, MICHAEL WAYNE
FRENCH, EVAN L. PAGELER, MARK W. STEWART, STEVEN L.
BOYCE, MARK NIXON, DANIEL L. PRY, RICHARD C.L. BROWN,
THOMAS J. IANNOZI, MICHAEL SHELDON, GALEN LEE BEHRANDS,
STEVEN LEROY SAXTON, PHILLIP O. MAYBERRY, DEBORAH S.
VOGELER, GARY L. HAUSER, MICHAEL G. ROHRET, DENNIS
ZMOLEK, IRA R. DAHLMAN, JAMES A. CAREY, CRAIG B.
ANDERSON, GLENN R. WILLEY, BRUCE L. QUERNEMOEN, 

C. ROMEO, MICHAEL J. MASON, GARY R. ICENOGLE, 

L.E. FLEETWOOD, DANIEL C. OWENS, DAVID ANTHONY NOONAN,
DALE M. LUCHT, KEVIN D. JACKSON, ROBERT L. KELLEY, JON
LEYEN, THOMAS BETHELL OLIVER, MELVIN MICHAEL
O'DONNELL, BRUCE RYAN, BHUPENDRA GANATRA, DENNY
CAHILL, JERE C. ALLEN, TERRY D. BUZBEE, KENT BROWN
GUTHRIE, TOR MORNE, PHILIP W. DAVIDSON, CHARLES B.
KRAEMER, EARNEST W. SUMPTER, PERRY L. LIPE, GARY E.
STANULIS, GEOFF TIMONS, GREGORY D. CARR, DENNIS HYLAND,
JAMES SCOTT McLAGAN, THOMAS A. DODGE, JERALD AUSTIN
MOON, DALE A. KUBLY, GORDON EUROM, DALE KENDALL LYLE,
GLEN J. EDGERLY, J.H. HO, LEONARDO A. RODRIGUEZ, COLIN
STUART LEWINGTON, SADAHIRO HIRAYAMA, DAVID L.
JUMONVILLE, THOMAS A. SNEAD, DAVID M. PLUM, DOROTHY J.
HELLBERG, THOMAS A. KATICH, JOHN R. WEEKLEY, SANDRA L.
WEEKLEY, HAROLD STEPHEN HAMBY, STANLEY L. MILLER,
KLAUS KOCH, PIERRE SCHELCHER, PETER O'KEEFE, VERNON LEE
KLASSEN, DAVID J. POSTLETHWAITE, JOHN CHARLES TRIBOU,
RAYMOND J. THEIS, JAMES A. NYQUIST, JOHN M. COSTELLO,
VOLKER WEHRES, RICHARD HOOBER, TERRY L. SPAETH, ALAN M.
YOUNG, STANLEY KEITH SWANSON, KENNETH H. CARDER, OWEN
FALLON, KEVIN NELSON, RONALD L. ALLEN, CHARLES NOONAN,
JOSEPH J. SERATI, JULIA S. McALLISTER, WAYNE ROBBINS, DAN G.
BUTTON, ROBERT L. WOODS, NEAL M. INGRAM, GALEN WILKE,
JAMES EDWARD MONTGOMERY, JULIE A. MORAN (formerly known
as JULIE LEACH), CARLOS GONZALEZ, MICHELE M. RHILINGER,
DENNIS J. GREEN, LAWRENCE W. MEYER, ARAND MEIJER,
WILLIAM ROBERTSON, and GOH SAN KENG, Appellants


V.


MONSANTO COMPANY, Appellee






On Appeal from the 149th District Court

Brazoria County, Texas

Trial Court Cause No. 96M0975







OPINION ON REMAND FROM THE TEXAS SUPREME COURT

 The parties filed a joint motion to dismiss this appeal on September 11, 2002. 
Counsel for all parties signed the motion. Accordingly, the appeal is dismissed. Tex.
R. App. P. 42.1(a)(1).

 All pending motions in this appeal are overruled as moot. The Clerk is directed
to issue mandate immediately. Tex. R. App. P. 18.1(c).

PER CURIAM


Panel consists of Justices Mirabal, Taft, and Nuchia.

Do not publish. Tex. R. App. P. 47.